# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA MORTGAGE SERVICING SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:11-cv-02475-WHP<br><br>MASTER FILE |
| This Document Relates To:<br>　　ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION SEEKING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　PLEASE TAKE NOTICE that Plaintiffs American European Insurance Company, Rutgers Casualty Insurance Company, Jean Marie Cinotto, Doris Gastineau, John H. Cottrell, and Richard Delman (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an order dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  This motion is accompanied by Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion Seeking Voluntary Dismissal Without Prejudice.

　　WHEREFORE, Plaintiffs respectfully request that this Court enter an order substantially in the form of the [Proposed] Order of Dismissal Without Prejudice, which was filed concurrently with this motion.

Dated:  New York, NY
February 3, 2012

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**

By: /s/ Jason S. Cowart
Marc I. Gross
Jason S. Cowart
Jeremy A. Lieberman
Matthew L. Tuccillo
100 Park Avenue, 26th Floor
New York, NY 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Tel: (312) 377-1181
Fax: (312) 377-1184

*Plaintiffs' Lead Counsel and*
*Attorneys for Plaintiffs American European*
*Insurance Company and Rutgers Casualty*
*Insurance Company*

**JOHNSON & WEAVER, LLP**

Frank J. Johnson , Jr.
Shawn E. Fields
110 West A Street
Suite 750
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 230-0063

*Attorneys for Plaintiff Jean Marie Cinotto*

**EMERSON POYNTER LLP**

John G. Emerson , Jr.
830 Apollo Lane
Houston, TX 77058
Tel: (281) 488-8854
Fax: (281) 488-8867

**EMERSON POYNTER LLP**
Scott E. Poynter
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
Tel:  (501) 907-2555
Fax: (501) 907-2556

**JIGARJIAN LAW OFFICE**
Robert A. Jigarjian
128 Tunstead Avenue
San Anselmo, CA 94960
Tel:  (415) 341-6660

*Attorneys for Plaintiff Doris Gastineau*

**PASKOWITZ & ASSOCIATES**
Laurence D. Paskowitz
60 East 42nd Street, 46th Floor
New York, NY 10165
Tel:  (212)-685-0969
Fax: (212)-685-2306

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
60 East 42nd Street, 46th Floor
New York, NY  10165
Tel:  (212) 867-1156
Fax: (212) 504-8343

*Attorneys for Plaintiff Richard Delman*

**BRANDSTETTER STRANCH & JENNINGS PLLC**
James G. Stranch III
J. Gerard Stranch IV
227 Second Avenue North
Nashville, TN 37201
Tel:  (615) 254-8801
Fax: (615) 255-5419

*Attorneys for Plaintiff John H. Cottrell*