UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANK OF AMERICA MORTGAGE SERVICING SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:11-cv-02475-WHP<br><br>MASTER FILE |
| This Document Relates To:<br>    ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION SEEKING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

WILLIAM H. PAULEY III, District Judge:

Having considered the memoranda submitted in support of, and in opposition to, Plaintiffs' Motion Seeking Voluntary Dismissal Without Prejudice, and having heard oral argument on the motion on March 9, 2012, and for the reasons stated on the record during that hearing, Plaintiffs' motion to dismiss is granted without prejudice.

Plaintiffs need not provide notice of this dismissal. However, Plaintiffs are required to jointly file a complaint substantially similar to Plaintiffs' First Consolidated Amended Verified Shareholder Derivative Complaint (Dkt. No. 32), in a Delaware state court, within 14 days of this Order.

Dated: _____, 2012
      New York, New York

SO ORDERED:

_____
William H. Pauley III
U.S.D.J.